IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MALCOLM COLEMAN,

    Plaintiff,

v.

RANDY GROUNDS, et al.,

    Defendants.

No. C 11-03463 SBA (PR)

**ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT AND DENYING HIS MOTION TO PLACE THE CASE IN ABEYANCE**

    Plaintiff, a state prisoner, filed the instant pro se prisoner complaint under 42 U.S.C. § 1983. The Court has dismissed Plaintiff's complaint with leave to amend.

    To date, Plaintiff's amended complaint is overdue. Before the Court is Plaintiff's motion for an extension of time to file an amended complaint due to his lack of access to the prison's law library. (Docket no. 8.) On June 21, 2012, Plaintiff filed a document entitled, "Notice And Request to Place Case in Abeyance." (Docket no. 9.) Plaintiff again claims that he lacks access to the prison's law library, but he now requests that "the case be placed in abeyance." (June 21, 2012 Mot. at 2.)

    Plaintiff's June 21, 2012 filing appears to request an indefinite extension of time in which to file his amended complaint. This request (docket no. 9) is DENIED. The Court, however, GRANTS Plaintiff's motion for an extension of time (docket no. 8), and the time in which Plaintiff is permitted to file his amended complaint is extended up to and including **twenty-eight (28) days** from the date of this Order.

    If Plaintiff fails to file an amended complaint by the deadline above, this action will be dismissed.

    This Order terminates Docket nos. 8 and 9.

    IT IS SO ORDERED.

DATED: _7/9/12_

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MALCOLM COLEMAN,

        Plaintiff,

v.

RANDY GROUNDS et al,

        Defendant.

Case Number: CV11-03463 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 10, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Malcolm Coleman F-28833
California Traning Facility
Central
P.O. Box 689
Soledad, CA 93960

Dated: July 10, 2012

Richard W. Wieking, Clerk
By: Lisa Clark, Deputy Clerk