IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MALCOLM COLEMAN,**<br>Plaintiff,<br>v.<br>**WARDEN RANDY GROUNDS, Warden B. ROGERS, Assistant Food Manager, R. WHITE, Assistant Warden and D. FOSTON, Chief Inmate Appeals,**<br>Defendants. | Case No. C 11-3463 SBA (PR)<br>**ORDER GRANTING DEFENDANT'S MOTION TO CHANGE TIME TO FILE A DISPOSITIVE MOTION** |

Defendant W. Rogers (Defendant) filed a request for extension of time of sixty days, up to and including August 2, 2013, in which to file a motion for summary judgment or other dispositive motion.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

[Proposed] Order Granting Def.'s Mot. Change Time File Dispositive Mot. (C 11-3463 SBA (PR))

1     The Court has read and considered Defendant's request and the accompanying declaration
2 of counsel, and finds good cause exists to grant the request. Accordingly, Defendant's request for
3 an extension of time is GRANTED. The time for Defendant to file a motion for summary
4 judgment or other dispositive motion is extended for sixty days, up to and including August 2,
5 2013. Plaintiff's opposition to the dispositive motion shall be filed with this Court and served on
6 Defendant no later than sixty days from the date the dispositive motion is filed. A reply brief
7 shall be filed and served no later than thirty days after Plaintiff's opposition is filed.

9     IT IS SO ORDERED.

11 Dated: ___5/21/13                                                   *Saundra B. Armstrong*
                                                          The Honorable Saundra Brown Armstrong

1 | UNITED STATES DISTRICT COURT
2 | FOR THE
  | NORTHERN DISTRICT OF CALIFORNIA
3
4 | MALCOLM COLEMAN,
5 |       Plaintiff,
6 |  v.
7 | RANDY GROUNDS et al,
8 |       Defendant.
9 |                                          /

Case Number: CV11-03463 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 23, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Malcolm Coleman F-28833
California Traning Facility
Central
P.O. Box 689
Soledad, CA 93960

Dated: May 23, 2013

                                       Richard W. Wieking, Clerk
                                       By: Lisa Clark, Deputy Clerk