1
2
3
4
5
6
7
8        IN THE UNITED STATES DISTRICT COURT
9       FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11

| | |
|---|---|
| **MALCOLM COLEMAN,** | Case No. C 11-3463 SBA (PR) |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S MOTION TO CHANGE TIME TO FILE A DISPOSITIVE MOTION** |
| v. | |
| **WARDEN RANDY GROUNDS, Warden B. ROGERS, Assistant Food Manager, R. WHITE, Assistant Warden and D. FOSTON, Chief Inmate Appeals,** | |
| Defendants. | |

   Defendant W. Rogers (Defendant) filed a request for extension of time of sixty days, up to and including August 2, 2013, in which to file a motion for summary judgment or other dispositive motion.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

1 | The Court has read and considered Defendant's request and the accompanying declaration
2 | of counsel, and finds good cause exists to grant the request. Accordingly, Defendant's request for
3 | an extension of time is GRANTED. The time for Defendant to file a motion for summary
4 | judgment or other dispositive motion is extended for sixty days, up to and including August 2,
5 | 2013. Plaintiff's opposition to the dispositive motion shall be filed with this Court and served on
6 | Defendant no later than sixty days from the date the dispositive motion is filed. A reply brief
7 | shall be filed and served no later than thirty days after Plaintiff's opposition is filed.

IT IS SO ORDERED.

Dated: ___5/21/13                              *Saundra B. Armstrong*
                                               The Honorable Saundra Brown Armstrong

|     |     |
| --- | --- |
| 1   | UNITED STATES DISTRICT COURT |
| 2   | FOR THE<br>NORTHERN DISTRICT OF CALIFORNIA |
| 3   |     |
| 4   | MALCOLM COLEMAN, |
| 5   |        Plaintiff, |
| 6   | v. |
| 7   | RANDY GROUNDS et al, |
| 8   |        Defendant. |

Case Number: CV11-03463 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 23, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Malcolm Coleman F-28833
California Traning Facility
Central
P.O. Box 689
Soledad, CA 93960

Dated: May 23, 2013

Richard W. Wieking, Clerk
By: Lisa Clark, Deputy Clerk