IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MALCOLM COLEMAN,

    Plaintiff,

v.

RANDY GROUNDS, et al.,

    Defendants.

No. C 11-03463 SBA (PR)

**ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

    Plaintiff has filed a request for an extension of time in which to file his opposition to Defendants' Motion for Summary Judgment. Having read and considered Plaintiff's request, and good cause appearing,

    IT IS HEREBY ORDERED that Plaintiff's request for an extension of time is GRANTED. The time in which Plaintiff may file his opposition to Defendants' Motion for Summary Judgment will be extended up to and including **sixty (60) days** from the date of this Order.

    Defendants shall file a reply brief no later than **thirty (30) days** after the date Plaintiff's opposition is filed.

    This Order terminates Docket no. 42 and 48.

    IT IS SO ORDERED.

DATED: 1/30/2014

SAUNDRA BROWN ARMSTRONG
United States District Judge

G:\PRO-SE\SBA\CR.11\Coleman3463.Grant.EOT.OpptoDef.MSJ.frm