UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

MALCOLM COLEMAN,

    Plaintiff,

vs.

W. ROGERS, Correctional Food Manager,

    Defendant.

No. C 11-3463 SBA (PR)

**JUDGMENT**

In accordance with the Court's Order granting Defendant's motion for summary judgment,

IT IS HEREBY ORDERED THAT final judgment is entered for Defendant.

IT IS SO ORDERED.

Dated: 9/29/14

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge